**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RELIASTAR LIFE INSURANCE COMPANY,**<br><br>**Plaintiff.**<br><br>**v.**<br><br>**ANASTACIA DIXON, O'NEIL DIXON, CLOVER DIXON, WAVERTON DIXON, BRYCE ANTHONY ST. KYLE DIXON, RONDOLPH DIXON, KEONE TESHI DIXON, and MARILYN PANGLIJIN**<br><br>**Defendants.** | **Case No. 1:26-cv-01258** |

### [PROADD] ~~[PROPOSED]~~ ORDER GRANTING RELIASTAR LIFE INSURANCE COMPANY'S MOTION TO DEPOSIT INTERPLEADER FUNDS

The Complaint for Interpleader Relief is an action to determine the proper beneficiary or beneficiaries of the death benefit payable under ReliaStar Life Insurance Company ("ReliaStar") life insurance policy AD10204579, insuring the life of the late El-Roy Dixon (the "Policy"). ReliaStar filed its Complaint for Interpleader Relief against the competing claimants, Anastacia Dixon, O'Neil Dixon, Clover Dixon, Waverton Dixon, Bryce Anthony St. Kyle Dixon, Rondolph Dixon, Keone Teshi Dixon, and Marilyn Paglijin.

ReliaStar has filed a Motion for Interpleader Deposit requesting to deposit funds with the Clerk of the United States District Court, Southern District of New York. The sum to be deposited with the Court is **$1,000,000 plus accrued interest as required by law, if any** (the "Sum"). The Sum represents the death benefit payable under the Policy. ReliaStar seeks an Order to deposit the Sum, because it is unable to determine to whom the benefit from the Policy should be paid.

WHEREFORE, good cause appearing, the Court hereby **ORDERS** as follows:

1

2

1.      ReliaStar's Motion for Interpleader Deposit is **GRANTED**.

2.      ReliaStar is authorized to deposit the sum of **$1,000,000.00 plus accrued interest, if any**, with the Clerk of the United States District Court, Southern District of New York.

3.      The Clerk of the Court shall deposit the sum of **$1,000,000.00 plus accrued interest, if any**, into the Disputed Ownership Fund in an interest bearing account until such time as the Court makes its further order directing disbursement of these funds.

4.      The Clerk is directed to deduct from the income on the investment of the sum a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

Dated:  February 26  , 2026          IT IS SO ORDERED:

_____
United States District Judge

2